# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                         NO. 2024 KW 0287

VERSUS

JOHNATHAN WHITE                                            **JUNE 17, 2024**

---

In Re:    Johnathan White, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, Nos.
          48161-64, 48160.

---

**BEFORE:   GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

       **WRIT DENIED.** Relator does not seek review of a ruling by
the lower court or request mandamus relief for the court's
failure to act.  Thus, this writ application presents nothing
for this court to review.

                              **JMG**
                              **PMc**
                              **JEW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT